(November 19, 1942.)

Bertrand H. Snell et al., Respondents, v. City of Long Beach, Appellant.

Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.